AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Calabresi, Guido | U.S. Court of Appeals, 2nd Cir | 07/25/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Ct of Appeals Judge, Active | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final | 01/01/2008 to 12/31/2008 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Court of Appeals, 2nd Cir 157 Church Street New Haven, CT 06510-2030 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Sterling Professor Emeritus, Professorial Lecturer | Yale Law School, 11/01/1995 - present |
| 2. Honorary Trustee - Unpaid | Carolyn Foundation, MN, 01/01/1996 - present |
| 3. Member , Scientific Committee - Unpaid | Centro Nazionale Prevenzione e Difesa Sociale, 1988 - present |
| 4. Member (Past President), Board of Trustees - Unpaid | Chapel of St. Thomas More, Yale University, 1997 - present |
| 5. Member - Unpaid | International University College, Turin Board, 2007 - Present |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Present | Right to be Professorial Lecturer, Yale University, upon retirement (See Attachment A) |
| 2. Present | Right to use accumulated (approximately $1,500) research and travel fund, Yale University, even after retirement |
| 3. | |

FINANCIAL DISCLOSURE OFFICE 2009 AUG -4 A II: 10 RECEIVED

Calabresi, Guido

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Yale University - part-time teaching | $25,807.00 |
| 2. 2008 | Yale University Press - royalties for previously written book | $349.00 |
| 3. 2008 | W.W. Norton & Co. - royalties for previously written book | $157.00 |
| 4. 2008 | Author's Registry - Copyright payments for previously written books, etc. | $183.00 |
| 5. 2008 | Harvard University Press - royalties for previously written book | $102.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Yale University Law School | 12/12/07 - 12/13/07 | New Haven, CT | Lecture | Travel |
| 2. Corriere Della Sera Foundation ; LUISS Univ; and Bocconi University | 3/13/08 - 3/25/08 | Rome & Milan, Italy | Lecture | Travel, Food |
| 3. Yale University Law School | 4/3/08 | New Haven, CT | Lecture | Travel |
| 4. New York University Law School | 4/7/08 | New York, NY | Moot Court | Travel |
| 5. Yale University Law School | 04/27/08 | Los Angeles, CA | Lecture | Travel |

| Name of Person Reporting | Date of Report |
|---|---|
| Calabresi, Guido | 07/25/2009 |

| | | | | |
|---|---|---|---|---|
| 6. University of California Law School (Berkeley) | 04/27/08 - 04/28/08 | Berkeley, CA | Lecture | Travel, Food, Lodging |
| 7. Yale University Law School | 5/01/08 | New Haven, CT | Class Party | Food |
| 8. University of Genova | 5/10/08 - 5/22/08 | Genova, Italy | Lecture | Travel, Food, Lodging |
| 9. Carolyn Foundation | 06/13/08 - 6/14/08 | Minneapolis, MN | Trustee Meeting | Travel, Food, Lodging |
| 10 American Association of Law Schools | 6/25/08 - 6/28/08 | Washington, DC | Lecture | Travel, Food |
| 11 Yale University Law School | 10/12/08 | New Haven, CT | Class Party | Food |
| 12 Yale University Law School | 10/28/08 | New Haven, CT | Lecture | Travel |
| 13 Erasmus University of Rotterdam | 11/5/08 - 11/8/08 | Rotterdam, Holland | Honorary Degree, Lecture | Travel, Food, Lodging |
| 14 Carolyn Foundation | 12/5/08 -12/6/08 | Minneapolis, MN | Trustee Meeting | Travel, Food, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Calabresi, Guido | 07/25/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Calabresi, Guido | 07/25/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mass Mutual (whole life) Insurance | B | Dividend | L | T | | | | | |
| 2. New York Life (whole life) Insurance | A | Dividend | L | T | | | | | |
| 3. AIG SunAmerican (whole life) Insurance | | None | K | T | | | | | |
| 4. House and adjacent lot (Bethany, CT) for investment purposes | D | Rent | O | W | | | | | |
| 5. Partial interest in Co-op Apt (NYC, NY) for investment | | None | P1 | W | | | | | |
| 6. Bank of America, checking account | A | Interest | K | T | | | | | |
| 7. Bank of America, IMMA Account | A | Interest | J | T | | | | | |
| 8. Intesa - San Paolo, checking account | A | Interest | K | T | | | | | |
| 9. Merrill Lynch Bank & Trust USA - cash | D | Interest | N | T | | | | | |
| 10. I Shares T S & P 500 (mutual fund) @ Merrill Lynch | D | Dividend | N | T | | | | | |
| 11. I Shares T S & P Mid-Cap M400 (mutual fund) @ Merrill Lynch | E | Dividend | O | T | | | | | |
| 12. American Growth Fund Mutual Fund @ Merrill Lynch | D | Dividend | O | T | | | | | |
| 13. Trust #1, income beneficiary | G | Div. & Int. | P1 | T | | | | | |
| 14. --First Am. Tax Free Oblig Fund (cash equiv) | | | | | | | | | |
| 15. --First Am. Sm-Mid Cap Core Fd -former Tech Fd (mutual fund) | | | | | | | | | |
| 16. --First Am. Short Tax Free (mutual fund) | | | | | | | | | |
| 17. --General Mills (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Calabresi, Guido | 07/25/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --American Funds: Investment Co. of America (mutual fund) | | | | | | | | | |
| 19. Trust #2, income beneficiary | F | Div. & Int | P1 | T | | | | | |
| 20. --First Am. Tax Free Oblig. Fund (cash equiv.) | | | | | | | | | |
| 21. --First Am. Short Tax Free (mutual fund) | | | | | | | | | |
| 22. --Imation Corp (common) | | | | | | | | | |
| 23. --American Funds:Investment Co. of America (mutual fund) | | | | | | | | | |
| 24. --Minnesota Mining & Mfg. (common) | | | | | | | | | |
| 25. --First Am. Small Cap Growth Fund (mutual fund) | | | | | | | | | |
| 26. --First Am. Sm-Mid Cap Core Fd- former Tech Fd (mutual fund) | | | | | | | | | |
| 27. Trust #3, income beneficiary | | None | P2 | T | | | | | See note in Part VIII |
| 28. --Darden Restaurants (common) | | | | | | | | | |
| 29. --Exxon (common) | | | | | | | | | |
| 30. --General Mills (common) | | | | | | | | | |
| 31. --IBM (common) | | | | | | | | | |
| 32. --JP Morgan (common) | | | | | | | | | |
| 33. --AT&T Inc.(common) | | | | | | | | | |
| 34. --US Bancorp (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Calabresi, Guido | 07/25/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --American Funds:Investment Co. of America (mutual fund) | | | | | | | | | |
| 36. --Merrill Lynch Bank & Trust USA - cash | | | | | | | | | |
| 37. --Thorium Ltd (com.) (merger - was Radkowski Thorium Power ) | | | | | | | | | |
| 38. --Am. Growth Fund (mutual fund) | | | | | | | | | |
| 39. --Am. Euro Pacific Growth Fund (mutual fund) | | | | | | | | | |
| 40. Trust #4, income beneficiary | | None | O | T | | | | | See note in Part VIII |
| 41. --Merrill Lynch Bank USA - CMA Money Fund (cash equiv.) | | | | | | | | | |
| 42. --I Shares T S & P 500 (mutual fund) | | | | | | | | | |
| 43. Trust #5, income beneficiary | | None | P1 | T | | | | | See note in Part VIII |
| 44. --Bank of America (common) | | | | | | | | | |
| 45. --Morgan Stanley Em. Mkt Fd (mutual fund) | | | | | | | | | |
| 46. --Bank of America checking account - Cash | | | | | | | | | |
| 47. Guido Calabresi Retirement, TIAA-CREF | | None | P1 | T | | | | | See note in Part VIII |
| 48. Bank of America (common) @ Merrill Lynch | D | Dividend | M | T | | | | | |
| 49. Trust #6, income beneficiary | F | Div. & Int. | P1 | T | | | | | See note in Part VIII |
| 50. --Grantham, Mayo, Van Otterloo (mutual funds) | | | | | | | | | |
| 51. American Funds:Investment Co. of America (mutual fund) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I. POSITIONS

Line 2 - Assets of the Carolyn Foundation are not listed because my position as Trustee is "Honorary" only. I have no functional responsibilities with regard to the Foundation.

Line 4 - Assets of the Chapel of St. Thomas Moore are not listed because my position as member of the Board of Trustees is the equivalent of member of a Board of Directors. The Chapel is a religious institution and not a trust in the sense of having designated beneficiaries.

VII. INVESTMENTS AND TRUSTS

I have not included my personal residence in Connecticut and its adjacent land; an apartment and caretaker's apartment and an olive grove in Italy held for vacation trips and not for investment or the production of income; a fishing camp in Maine held for vacation trips and not for investment of the production of income; land across the road from my residence in Connecticut held to protect my land and not for investment or the production of income; and additional land identical to this and adjacent to it. Nor did I include land in Maine, near the above mentioned fishing camp, which ▮▮▮▮▮▮▮▮ I purchased in 2007 and on which we placed a conservation easement to protect it in perpetuity.

Trusts #3, #4, and #5 in part VII and the retirement account described in VII # 47 did not distribute any income to me or to ▮▮▮▮▮▮▮▮. Income was earned and not distributed.

In 1995 ▮▮▮▮▮▮ I established a Charitable Remainder Unitrust. ▮▮▮▮▮▮▮ I are 5.5% income beneficiaries during our lives, or 20 years, whichever is longer. The trustee is instructed to invest the money only in widely diversified mutual or money market funds. See part VII Trust #6.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

To: Guido Calabresi

From: Stephen Yandle

Date: February 3, 1994

Re: Retirement benefits


Tenured members of the Faculty upon retirement may elect to continue teaching and other activities at the School on a part-time basis. In accordance with usual curricular processes retired professors may teach one half time or less. Faculty members electing to teach half time may offer up to one course in each semester of the academic year or, by arrangement with the Dean, two courses in one term followed by a term in which they offer no courses. The part-time privileges and responsibilities will continue without term, but subject to the standards for continuation applied to non-retired, tenured faculty members.

Retired faculty must take up a reduced teaching assignment within two years of the date of their retirement and may not interrupt their teaching for longer than two academic years without forfeiting their appointments. Retired faculty who elect to teach part-time will designated as Professorial Lecturers. Appropriate compensation for part-time teaching is determined by the Dean.

After retirement faculty continue to receive various forms of support. The support may depend on whether the faculty member continues to teach.

### Offices

Upon retirement faculty members will leave the larger offices that they may occupy and will lose their position on the office seniority list, but will be provided other office space.

### Secretarial

Retired faculty will continue to receive secretarial support, but at a reduced level. In general, Professorial Lecturers would receive half the usual allocation for full time faculty.

### Leaves

Retired faculty who continue to teach can be granted triennial leave proportionate to the amount of teaching they are doing (e.g. A Professorial Lecturer who is teaching a course a semester could receive a semester triennial leave every three years. Pay for the leave would be equal to the amount that the faculty member would have received for teaching that

discretion of the dean with the approval of the Provost.

Retired faculty may "carry forward" their scheduled leaves from pre-retirement, but only as to the timing of the next leave due, which must conform to the stipulation above (e.g. A faculty member who had no leave for two years prior to retirement and who started teaching a course a semester after retirement would be eligible for a paid leave in the second semester of retirement, but the pay would be in the amount of the salary that would have been paid for teaching a course in that semester).

Summer Stipends

Retired faculty are not eligible for summer stipends.

Research Assistants

Retired faculty may receive the same type of research support as full time faculty. Requests for research assistants and travel must be submitted to the dean for approval. Other support requests - computers, duplicating, etc. - would be processed through existing administrative procedures with non-routine approval being referred to the dean. General support from the library and its staff will be available. Book purchase requests should be directed to the Librarian. 'All of these procedures are identical to those in place for full time faculty.

Salary

Salary will be negotiated individually with the dean, but as a general guideline Professorial Lecturers who teach a course each semester after retirement will receive one quarter of their pre-retirement salary. That salary will be reviewed annually and Professorial Lecturers will be eligible for increases. Increases will generally be limited to the University figure for tenured faculty.

University Benefits

General

University benefits hinge on whether the faculty member is "half time or more", which is defined precisely as 50% or more.

Retirement Contribution

The Law School will make contributions to retirement funds for Professorial Lecturers to the extent possible given the University's formula for completion of contributions to retirement funds. The operation of the formula can vary by individual, but it is highly likely that Law School faculty serving as Professorial Lecturers will have completed contributions to retirement funds prior to serving as Professorial Lecturers. For faculty who had fifteen years of service at Yale prior to July 1, 1993, contributions to retirement accounts at the regular annual formula will not cease before age 70.

## Medical Benefits

Yale faculty with 30 years of service are eligible for post-retirement medical coverage comparable to that provided full time faculty. Faculty with less than 30 years of service receive a pro rata benefit based on years of service. The coverage, while comparable, is different as it is designed to take advantage of Medicare benefits. Faculty who are classified as 50% or more are eligible for the regular faculty health coverage.

Under current policy if a faculty member is classified as 50% or more, he or she is not eligible for retirement health coverage even if he or she meets the age and term of service requirements because Medicare regulations stipulate that anyone who is entitled to regular health benefits from their employer must receive that benefit rather than Medicare so retired faculty listed as 50% or more would be covered under the regular faculty medical plan.

## Dental Insurance

There is no University contribution to the Dental Plan, but still the plan is available only to faculty who are half time or more.

## Long-term Disability

Faculty classified as 50% or more are eligible for coverage under the University's long-term disability program. The benefits of that program terminate at age 70.

## Flexible Benefits

The University requires that a faculty member be employed 50% or more to participate in the flexible benefits program.

## Group Life Insurance

Faculty members may participate in the group life insurance plan if employed half time or more. If employed less than half time, the group life insurance can be converted to a whole life policy.

## Benefits Dollars

Faculty working half time or more receive $27 per month which can be applied to faculty paid benefits or accepted as taxable income.

## Scholarship Plan for Sons and Daughters

The benefit is available to all retired faculty who meet the length of service requirement -- six continuous years prior to receiving the benefit or four continuous years prior and eight years of total service.

Early retirement

For faculty who retire at age 62 or over with at least 15 years of service and before the "normal retirement age of 70" will be eligible to receive from the University a cash benefit. The benefit equals 60% of the participant's three year final average salary plus 2% for each year of service with the University over 15, or, if less, the amount that would be required to purchase an annuity that would bridge the difference between the annuity which could be purchased with the participant's Yale retirement account balance at the date of early retirement and the annuity which could be purchased with that account balance projected (at 4%) to "normal retirement age." For the purpose of the foregoing, amounts in the account balance in excess of six times salary will be excluded for the calculations.